IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01113–WYD–KMT

J&J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the November 10, 2007 Cotto/Mosley Program,

    Plaintiff,

v.

MICHAEL IRVIN, Individually, and as officer, director, shareholder and/or principal of SMOKEY JACKSON'S BONEYARD, INC. d/b/a BONEYARD SPORTS BAR & GRILL a/k/a THE BONEYARD SPORTS BAR & GRILLE, and
SMOKEY JACKSON'S BONEYARD, INC. d/b/a BONEYARD SPORTS BAR & GRILL a/k/a THE BONEYARD SPORTS BAR & GRILLE,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Plaintiff's "Motion to Appear Via Telephone at Initial Conference" (#16, filed September 10, 2008) is DENIED. Plaintiff failed to confer with defendant before filing his present motion. The Local Rules of Practice for the District of Colorado (effective April 15, 2002 with updates through January 1, 2008) require all parties to confer on motions and other disputes before a motion is filed. D.C.Colo.LCivR 7.1A; *see also Visor v. Sprint*, 1997 WL 796989 (D. Colo. 1997).

Dated: September 11, 2008