IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01113–WYD–KMT

J&J SPORTS PRODUCTIONS, INC.,
as Broadcast Licensee of the November 10, 2007 Cotto/Mosley Program,

     Plaintiff,

v.

MICHAEL IRVIN, Individually, and as officer, director, shareholder and/or principal of
SMOKEY JACKSON'S BONEYARD, INC. d/b/a BONEYARD SPORTS BAR & GRILL a/k/a
THE BONEYARD SPORTS BAR & GRILLE, and
SMOKEY JACKSON'S BONEYARD, INC. d/b/a BONEYARD SPORTS BAR & GRILL a/k/a
THE BONEYARD SPORTS BAR & GRILLE,

     Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Plaintiff's "Motion to Appear via Telephone at Initial Conference" (#19, filed September 12, 2008) is GRANTED. Counsel Julie Lonstein may appear via telephone for the Scheduling Conference and shall call **(303) 335-2780** at 9:00 a.m.

Dated: September 15, 2008