IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01113-WYD-KMT

J & J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the November 10, 2007 Cotto/Mosley Program,

    Plaintiff,

v.

MICHAEL IRVIN, Individually and as officer, director, shareholder and/or principal of SMOKEY JACKSON'S BONEYARD, INC., d/b/a BONEYARD SPORTS BAR & GRILL, a/k/a THE BONEYARD SPORTS BAR & GRILLE; and
SMOKEY JACKSON'S BONEYARD, INC., d/b/a BONEYARD SPORTS BAR & GRILL, a/k/a THE BONEYARD SPORTS BAR & GRILLE,

    Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion to Strike Purported Answer of Defendant Smokey Jackson's Boneyard, Inc. d/b/a/ Boneyard Sports Bar & Grill a/k/a the Boneyard Sports Bar & Grill. The motion seeks to strike the Answer submitted on behalf of this Defendant on the basis that a corporation may not litigate or appear in court represented by nonlawyer corporate officers or agents.

I find that Plaintiff's motion should be granted. A corporation can not appear in court pro se but must appear through an attorney at law. *Tal v. Hogan*, 453 F.3d 1244, 1254 and n. 8 (10th Cir. 2006), *cert. denied*, 127 S. Ct. 1334 (2007); *Flora Constr. Co. v. Fireman's Fund Ins. Co.,* 307 F.2d 413, 414 (10th Cir. 1962). Accordingly, it is

ORDERED that Plaintiff's Motion to Strike Purported Answer of Defendant Smokey Jackson's Boneyard, Inc. d/b/a/ Boneyard Sports Bar & Grill a/k/a the Boneyard Sports Bar & Grill (Doc. # 13) is **GRANTED**. In accordance therewith, it is

ORDERED that the Answer and Jury Demand of Defendant Smokey Jackson's Boneyard, Inc. d/b/a/ Boneyard Sports Bar & Grill a/k/a the Boneyard Sports Bar & Grill is **STRICKEN**. However, the portion of the Answer that was filed by Defendant Michael Irvin, either individually or as an officer for Smokey Jackson's Boneyard, Inc. is not stricken. It is

FURTHER ORDERED that Defendant Smokey Jackson's Boneyard, Inc. d/b/a/ Boneyard Sports Bar & Grill a/k/a the Boneyard Sports Bar & Grill shall obtain counsel and file an Answer through counsel by **Friday, November 14, 2008**. If an Answer is not filed through counsel on behalf of Smokey Jackson's Boneyard, Inc., Defendant is advised that an entry of default and/or default judgment pursuant to Fed. R. Civ. P. 55 may be sought by Plaintiff and may be entered by the Court.

Dated: October 30, 2008

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Chief United States District Judge