IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-01113-WYD-KMT

J & J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the November 10, 2007 Cotto/Mosley Program,

    Plaintiff,

v.

MICHAEL IRVIN, Individually and as officer, director, shareholder and/or principal of SMOKEY JACKSON'S BONEYARD, INC., d/b/a BONEYARD SPORTS BAR & GRILL, a/k/a THE BONEYARD SPORTS BAR & GRILLE; and
SMOKEY JACKSON'S BONEYARD, INC., d/b/a BONEYARD SPORTS BAR & GRILL, a/k/a THE BONEYARD SPORTS BAR & GRILLE,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Notice of Settlement and Stipulation of Dismissal Without Prejudice (filed March 23, 2009).  Having reviewed the Notice and Stipulation and being fully advised in the premises, it is

ORDERED that the Stipulation is approved and this case is **DISMISSED WITHOUT PREJUDICE** and without costs to either party pursuant to FED. R. CIV. P. 41(a)(2).

    Dated:  March 23, 2009

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            Chief United States District Judge